# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DAVID J. KOVANEN, an individual, and all those similarly situated, | Case No.: 3:25-cv-05078-LK |
| Plaintiff, | |
| v. | NOTICE OF CHANGE OF ADDRESS AND AFFILIATION |
| ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC, | |
| Defendants. | |

Attorney Andrew P. Green hereby files this Notice of Change of Address and Affiliation in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to the address below. Attorney Green certifies that he has updated his Pacer account to reflect this change.

                        Andrew P. Green
                        Green Legal Counsel, PLLC
                        1919 N. Pearl St., Ste. B-3
                        Tacoma, WA 98406
                        Telephone: (253) 625-7322
                        Email: andy@greenlegalcounsel.com

NOTICE OF CHANGE OF ADDRESS AND
AFFILIATION – 1
Case No. 3:25-cv-05078-LK

GREEN LEGAL COUNSEL, PLLC
1919 N. Pearl St., Ste. B-3
Tacoma, WA 98406
(253) 625-7322

RESPECTUFLLY SUBMITTED AND DATED this <u>12th</u> day of November, 2025.

        GREEN LEGAL COUNSEL, PLLC

By: <u>s/ *Andrew P. Green*</u>
    Andrew P. Green, WSBA #32742
    1919 N. Pearl St., Ste. B-3
    Tacoma, WA 98406
    Telephone: (253) 625-7322
    Email: andy@greenlegalcounsel.com

*Attorneys for Plaintiff*

NOTICE OF CHANGE OF ADDRESS AND AFFILIATION – 1
Case No. 3:25-cv-05078-LK

GREEN LEGAL COUNSEL, PLLC
1919 N. Pearl St., Ste. B-3
Tacoma, WA 98406
(253) 625-7322