THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVID J. KOVANEN, and individual, and all those similarly situated,

　　　　　Plaintiff,

　　v.

ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,

　　　　　Defendants.

NO. 3:25-cv-05078-LK

**NOTICE OF APPEARANCE OF ELIZABETH SCHATZ CORDERO**

**[CLERK'S ACTION REQUIRED]**

TO:　　THE CLERK OF COURT; AND

TO:　　ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that Elizabeth Schatz Cordero of Terrell Marshall Law Group PLLC hereby appears for Plaintiff David J. Kovanen and requests that copies of all papers and pleadings, except process, be served on her at Terrell Marshall Law Group PLLC, 936 North 34th Street, Suite 300, Seattle, Washington 98103.

　　　　RESPECTFULLY SUBMITTED AND DATED this 30th day of December, 2025.

　　　　　　　　　　TERRELL MARSHALL LAW GROUP PLLC

　　　　　　　　　　By: */s/ Elizabeth Schatz Cordero*
　　　　　　　　　　　　Beth E. Terrell, WSBA #26759
　　　　　　　　　　　　Email: bterrell@terrellmarshall.com
　　　　　　　　　　　　Jennifer Rust Murray, WSBA #36983

NOTICE OF APPEARANCE OF ELIZABETH SCHATZ CORDERO - 1
CASE NO. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Email: jmurray@terrellmarshall.com
Eden B. Nordby, WSBA #58654
Email: enordby@terrellmarshall.com
Elizabeth Schatz Cordero, WSBA #63175
Email: eschatzcordero@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andrew P. Green, WSBA #32742
Email: andy@greenlegalcounsel.com
GREEN LEGAL COUNSEL, PLLC
1919 N. Pearl Street, Suite B-3
Tacoma, Washington 98046
Telephone: (253) 625-7322

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff*

NOTICE OF APPEARANCE OF ELIZABETH SCHATZ CORDERO - 2
CASE NO. 3:25-cv-05078-LK

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com