THE HONORABLE LAUREN KING

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID J. KOVANEN, and individual, and all those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,<br><br>    Defendants. | NO. 3:25-cv-05078-LK<br><br>**JOINT STATUS REPORT** |

The parties respectfully submit this Joint Status Report per the Court's November 7, 2025, order requiring either (1) a renewed motion for preliminary approval of the class action settlement proposed in this action or (2) a joint status report that the Court could use to set a schedule to resolve this case. Dkt. 39 (Order). The parties state as follows:

    1.    The parties have been working diligently to revise the settlement agreement (Dkt. 33-1) to address the concerns the Court outlined in the Order. Plaintiff's counsel and counsel for Century 21 Real Estate LLC, Anywhere Real Estate Inc., Anywhere Real Estate Group, LLC, Anywhere Real Estate Services Group LLC, an Anywhere Intermediate Holdings LLC

JOINT STATUS REPORT - 1
Case No. 3:25-cv-05078-LK

(Anywhere Defendants) have exchanged multiple drafts of a revised proposed settlement agreement and have agreed on revisions that they believe address the Court's concerns.

2. The Anywhere Defendants' counsel has communicated with Asset Realty LLC and Chad Storey (Asset Defendants) about the proposed revised agreement. The Asset Defendants' lawyers have not communicated one way or another whether their respective clients agree to the proposed revisions.

3. The Anywhere Defendants' counsel also has been working with Edmund J. Wood, who is the trustee overseeing Asset Realty's bankruptcy to determine whether the bankruptcy court needs to approve any revised settlement and, if so, the timeline for obtaining that approval. The Trustee has confirmed that approval of the revised settlement is not required.

4. Plaintiff's counsel has been working to draft a motion for preliminary approval of the revised settlement to address the concerns the Court described in the Order. Plaintiff's counsel also has been working with the settlement administrator to provide the Court with information on the number of email and mailing addresses that exist for proposed settlement class members and the estimated reach of the notice plan. Plaintiff's counsel also is revising the draft notices to address issues the Court raised in the Order and to incorporate any changes necessitated by the settlement agreement revisions.

5. The parties will continue their efforts to resolve this case through settlement and will try to reach an agreement so that Plaintiff will be able to renew his preliminary approval motion by February 20, 2026, which is two weeks from the filing of this status report.

6. Because the parties are unable to file a renewed preliminary approval motion, the parties propose the following schedule to resolve this matter in litigation. The schedule is consistent with the guidelines outlined in the Court's Standing Order for All Civil Cases:

| EVENT | DATE |
|---|---|
| JURY TRIAL SET FOR 9:00 a.m. on | July 6, 2027 (or at court's convenience) |
| Length of Trial | 10 days |

JOINT STATUS REPORT - 2
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Deadline for joining additional parties | March 5, 2026 (28 days from scheduling order) |
|---|---|
| Deadline for filing amended pleadings | Apri 1, 2026 (56 days from scheduling order) |
| Defendants respond to Plaintiff's pending class certification motion. | May 1, 2026 |
| Plaintiff's reply in support of class certification. | May 15, 2026 |
| Noting date for Plaintiff's class certification motion. | May 15, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 23, 2026 (7 months before trial) |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | November 23, 2026 (30 days from above) |
| All motions related to discovery must be filed by | January 8, 2027 (6 months before trial) |
| Discovery completed by | February 6, 2027 (5 months before trial) |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see Local Civil Rule (LCR) 7(d) | March 5, 2027 (4 months before trial) |
| Further settlement conference, held no later than | May 7, 2027 (2 months before trial) |
| All motions in limine must be filed by | June 1, 2027 (35 days before trial) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | June 15, 2027 (21 days before trial) |
| Trial briefs, deposition designations, proposed voir dire questions (for jury trials), and proposed findings of fact and conclusions of law (for bench trials) due | June 22, 2027 (14 days before trial) |
| Pretrial conference scheduled at 10:00 a.m. on | June 26, 2027 (10 days before trial) |

JOINT STATUS REPORT - 3
Case No. 3:25-cv-05078-LK

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 5th day of February, 2026.

| TERRELL MARSHALL LAW GROUP PLLC | K&L GATES LLP |
|---|---|
| By: */s/ Jennifer Rust Murray* | By: */s/ Joseph C. Wylie II* |
| Beth E. Terrell, WSBA #26759 | Peter A. Talevich, WSBA #42644 |
| Email: bterrell@terrellmarshall.com | Email: peter.talevich@klgates.com |
| Jennifer Rust Murray, WSBA #36983 | Tyler K. Lichter, WSBA #51090 |
| Email: jmurray@terrellmarshall.com | Email: tyler.lichter@klgates.com |
| Eden B. Nordby, WSBA #58654 | 925 Fourth Avenue, Suite 2900 |
| Email: enordby@terrellmarshall.com | Seattle, Washington 98104 |
| Elizabeth Schatz Cordero, WSBA #63175 | Telephone: (206) 623-7580 |
| Email: eschatzcordero@terrellmarshall.com | |
| 936 North 34th Street, Suite 300 | Joseph C. Wylie II, *Admitted Pro Hac Vice* |
| Seattle, Washington 98103 | Email: joseph.wylie@klgates.com |
| Telephone: (206) 816-6603 | Molly G. Baldock, *Admitted Pro Hac Vice* |
| | Email: molly.baldock@klgates.com |
| Andrew P. Green, WSBA #32742 | 70 West Madison Street, Suite 3300 |
| Email: andy@greenlegalcounsel.com | Chicago, Illinois 60602-4207 |
| GREEN LEGAL COUNSEL, PLLC | Telephone: (312) 372-1121 |
| 1919 North Pearl Street, Suite B-3 | |
| Tacoma, Washington 98406 | *Attorneys for Anywhere Real Estate Inc.;* |
| Telephone: (253) 625-7322 | *Anywhere Real Estate Group, LLC; Anywhere Real Estate Services Group LLC; Anywhere Intermediate Holdings LLC* |
| Anthony I. Paronich, *Admitted Pro Hac Vice* | |
| Email: anthony@paronichlaw.com | |
| PARONICH LAW, P.C. | |
| 350 Lincoln Street, Suite 2400 | |
| Hingham, Massachusetts 02043 | |
| Telephone: (617) 485-0018 | |
| | |
| *Attorneys for Plaintiff* | |

| FORSBERG & UMLAUF, P.S. | FLOYD PFLUEGER KEARNS NEDDERMAN & GRESS, PS |
|---|---|
| By: */s/ A. Grant Lingg* | |
| A. Grant Lingg, WSBA #24227 | By: */s/ Francis S. Floyd* |
| Email: glingg@foum.law | Francis S. Floyd, WSBA #10664 |
| 401 Union Street, Suite 1400 | Email: ffloyd@nwtrialattorneys.com |
| Seattle, Washinton 98101 | 3101 Western Avenue, Suite 400 |
| Telephone: (206) 689-8500 | Seattle, Washington 98121 |
| | Telephone: (206) 441-4455 |
| *Attorneys for Asset Realty, LLC d/b/a Century 21 Northwest* | *Attorneys for Chad Barron Storey* |

JOINT STATUS REPORT - 4
Case No. 3:25-cv-05078-LK