Hon. Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID J. KOVANEN,

               Plaintiff,

  v.

ASSET REALTY, LLC, et al.,

               Defendants.

CASE NO. 3:25-cv-05078-LK

ORDER SETTING JURY TRIAL DATE AND RELATED DATES

Having reviewed the Joint Status Report and Discovery Plan submitted by the parties, the Court hereby sets this case for trial and orders the following pretrial schedule:

| Event | Date |
|---|---|
| **JURY TRIAL SET FOR 9:00 a.m. on** | **July 6, 2027** |
| Length of Trial | 10 days |
| Deadline for joining additional parties | March 5, 2026 |
| Deadline for filing amended pleadings | April 1, 2026 |
| Deadline for Defendants to file response/opposition to pending motion for class certification | May 1, 2026 |
| Deadline for Plaintiff to file reply in support of motion for class certification | May 15, 2026 |

ORDER SETTING JURY TRIAL DATE AND RELATED DATES - 1

| | |
|---|---|
| Noting date for Plaintiff's class certification motion | May 15, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | October 23, 2026 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | November 23, 2026 |
| All motions related to discovery must be filed by | January 8, 2027 |
| Discovery completed by | February 6, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). | March 5, 2027 |
| Further settlement conference held no later than | May 7, 2027 |
| All motions in limine must be filed by | May 31, 2027 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | June 14, 2027 |
| Trial briefs, proposed voir dire questions, and deposition designations due | June 21, 2027 |
| Pretrial conference scheduled at 10:00 a.m. on | June 25, 2027 |

DATED this 6th day of February, 2026.

Lauren King
United States District Judge

ORDER SETTING JURY TRIAL DATE AND RELATED DATES - 2