THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID J. KOVANEN, and individual, and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,<br><br>Defendants. | NO. 3:25-cv-05078-LK<br><br>**PLAINTIFF'S STATUS REPORT** |

Plaintiff respectfully submits this Status Report to provide the Court with an update on continued Settlement negotiations.

1.  The parties continue to work diligently to revise the settlement agreement and associated notices (Dkt. 33-1) to address the concerns the Court outlined in its November 7, 2025 order, Dkt. 39 (Order).

2.  Plaintiff's counsel also continues to draft a motion for preliminary approval of the revised settlement to address the concerns the Court described in the Order.

3.  On February 4, 2026, the parties filed a Joint Status Report and informed the Court of their continued efforts to resolve this case through Settlement and Plaintiff's goal to

PLAINTIFF'S STATUS REPORT - 1
Case No. 3:25-cv-05078-LK

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 renew his preliminary approval motion by February 20, 2025. Dkt. 42.

2     4.    Given that the parties have not yet finalized an amended settlement agreement, Plaintiff is unable to renew his motion for preliminary approval on this date.

    5.    Plaintiff will continue to diligently work to finalize an amended settlement agreement, renew his preliminary approval motion, and attempt to resolve this case through settlement. However, Plaintiff will also abide by the Court's order setting trial and pretrial deadlines. Dkt. 43.

RESPECTFULLY SUBMITTED AND DATED this 20th day of February, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Jennifer Rust Murray, WSBA #36983
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Eden B. Nordby, WSBA #58654
    Email: enordby@terrellmarshall.com
    Elizabeth Schatz Cordero, WSBA #63175
    Email: eschatzcordero@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603

    Andrew P. Green, WSBA #32742
    Email: andy@greenlegalcounsel.com
    GREEN LEGAL COUNSEL, PLLC
    1919 North Pearl Street, Suite B-3
    Tacoma, Washington 98406
    Telephone: (253) 625-7322

PLAINTIFF'S STATUS REPORT - 2
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff*

PLAINTIFF'S STATUS REPORT - 3
Case No. 3:25-cv-05078-LK

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com