THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID J. KOVANEN, and individual, and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,<br><br>Defendants. | NO. 3:25-cv-05078-LK<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**<br><br>**NOTED FOR CONSIDERATION:**<br>**FEBRUARY 24, 2026** |

Plaintiff David J. Kovanen, by and through his counsel, respectfully requests that the Court issue an Order granting Plaintiff leave to file an overlength Renewed Motion for Preliminary Approval of Amended Class Action Settlement. LCR 7(f). Plaintiff seeks leave to file a brief not to exceed 8,400 words. In support of this motion, Plaintiff states:

1. Before filing his original motion for preliminary approval (Dkt. 32), Plaintiff requested (Dkt. 26) and was granted leave to file an overlength brief of 6,000 words (Dkt. 27).

2. The Court denied Plaintiff's original motion for preliminary approval without prejudice, issuing a detailed written order outlining concerns that Plaintiff needed to address in any renewed motion. Dkt. 39.

PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1        3. Good cause exists to grant Plaintiff leave to file a brief no longer than 8,400 words. Plaintiff has tried to keep his renewed motion concise, but needs an expansion of the word limit to sufficiently describe (a) why the proposed revised Settlement Class should be certified under Fed. R. Civ. P. 23; (b) why the proposed Amended Settlement Agreement satisfies the standards for preliminary approval; and (c) how changes to the Amended Settlement Agreement, the notice plan, and the notice and claim forms, address the Court's concerns about the settlement.

4. The word limit requested (8,400 words), is consistent with the word limit allowed for motions for class certification. *See* LCR 7(e)(4). This renewed motion includes a request for class certification of the proposed Settlement, providing additional grounds to grant Plaintiff's motion for an expansion of the word limit to 8,400 words.

Accordingly, and pursuant to Local Civil Rule 7(f) and for good cause shown, Plaintiff respectfully requests leave to file a single brief not to exceed 8,400 words.

RESPECTFULLY SUBMITTED AND DATED this 24th day of February, 2026.

TERRELL MARSHALL LAW GROUP PLLC

*I certify that this memorandum contains 284 words, in compliance with the Local Civil Rules.*

By: /s/ Jennifer Rust Murray, WSBA #36983
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Eden B. Nordby, WSBA #58654
    Email: enordby@terrellmarshall.com
    Elizabeth Schatz Cordero, WSBA #63175
    Email: eschatzcordero@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603

PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| 1 | Andrew P. Green, WSBA #32742 |
| 2 | Email: andy@greenlegalcounsel.com |
| | GREEN LEGAL COUNSEL, PLLC |
| 3 | 1919 North Pearl Street, Suite B-3 |
| 4 | Tacoma, Washington 98406 |
| | Telephone: (253) 625-7322 |

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff*

PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 3
Case No. 3:25-cv-05078-LK