THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVID J. KOVANEN, and individual, and all those similarly situated,

    Plaintiff,

v.

ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,

    Defendants.

NO. 3:25-cv-05078-LK

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

THIS MATTER came before the Court on Plaintiff's Motion for Leave to File Overlength Brief. Having considered the motion and finding good cause, the Court HEREBY ORDERS that Plaintiff's Motion for Leave to File Overlength Brief is GRANTED. Plaintiff may file a renewed motion for preliminary approval of amended class action settlement that is no more than 8,400 words in length.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
THE HONORABLE LAUREN KING

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1
Case No. 3:25-cv-05078-LK

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com