THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID J. KOVANEN, and individual, and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,<br><br>Defendants. | NO. 3:25-cv-05078-LK<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO ADD PARTIES**<br><br>**NOTED FOR CONSIDERATION:**<br>MARCH 4, 2026 |

The parties respectfully request a one-week extension of the deadline to join additional parties. In support of their motion, the parties state:

1.   The deadline to join additional parties is March 5, 2026. Dkt. 43.

2.   On January 9, 2026, Compass, Inc., d/b/a Compass International Holdings acquired Anywhere Real Estate Inc. Anywhere survived the merger as a wholly owned subsidiary of Compass.

3.   Plaintiff is investigating whether Compass must or should be joined as a defendant.

4.   The parties have negotiated an Amended Settlement Agreement and Release of Claims (Amended Agreement) that would resolve all the claims in this lawsuit if approved by

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
THE DEADLINE TO ADD PARTIES - 1
CASE NO. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

the Court. On March 3, 2026, Plaintiff's counsel circulated a final copy of the Amended Agreement and asked the respective parties and their counsel to sign it.

5. Plaintiff's counsel has circulated a draft renewed motion for preliminary approval of the Amended Agreement to Defendants' counsel and asked if she had permission to file the motion unopposed.

6. Defendants have not signed the agreement because they continue to discuss the respective amounts that Gen Star and Century 21 Real Estate, LLC will pay to establish the settlement fund.

7. Good cause exists to extend the deadline to join parties because the extension would permit the parties to focus on finalizing the Amended Agreement and the preliminary approval motion. It would be inefficient for Plaintiff to file a motion for leave to amend to add Compass as a defendant when a final settlement is imminent.

To permit the parties to focus on finalizing the Amended Agreement and filing the preliminary approval motion, the parties respectfully request that the deadline to join additional parties be extended one week to March 12, 2026.

STIPULATED TO AND DATED this 4th day of March, 2026.

| TERRELL MARSHALL LAW GROUP PLLC | K&L GATES LLP |
|---|---|
| By: /s/ Jennifer Rust Murray | By: /s/ Joseph C. Wylie II |
| Beth E. Terrell, WSBA #26759 | Peter A. Talevich, WSBA No. 42644 |
| Email: bterrell@terrellmarshall.com | Email: peter.talevich@klgates.com |
| Jennifer Rust Murray, WSBA #36983 | Tyler K. Lichter, WSBA No. 51090 |
| Email: jmurray@terrellmarshall.com | Email: tyler.lichter@klgates.com |
| Eden B. Nordby, WSBA #58654 | 925 Fourth Avenue, Suite 2900 |
| Email: enordby@terrellmarshall.com | Seattle, WA 98104-1158 |
| Elizabeth Schatz Cordero, WSBA #63175 | Telephone: (206) 623-7580 |
| Email: eschatzcordero@terrellmarshall.com | |
| 936 North 34th Street, Suite 300 | Joseph C. Wylie II, *Admitted Pro Hac Vice* |
| Seattle, Washington 98103 | Email: joseph.wylie@klgates.com |
| Telephone: (206) 816-6603 | Molly G. Baldock, *Admitted Pro Hac Vice* |
| | Email: molly.baldock@klgates.com |
| Andrew P. Green, WSBA #32742 | 70 West Madison Street, Suite 3300 |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
THE DEADLINE TO ADD PARTIES - 2
CASE NO. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| Email: andy@green-wilmot.com<br>GREEN & WILMOT, PLLC<br>1919 N. Pearl Street, Suite B-3<br>Tacoma, Washington 98046<br>Telephone: (253) 625-7300<br><br>Anthony I. Paronich, *Admitted Pro Hac Vice*<br>Email: anthony@paronichlaw.com<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 02043<br>Telephone: (617) 485-0018<br><br>*Attorneys for Plaintiff* | Chicago, IL 60602-4207<br>Telephone: (312) 372-1121<br><br>*Attorneys for Anywhere Real Estate Inc.; Anywhere Real Estate Group, LLC; Anywhere Real Estate Services Group LLC; Anywhere Intermediate Holdings LLC* |
| CLYDE & CO US LLP<br><br>By: */s/ A. Grant Lingg*<br>A. Grant Lingg, WSBA #24227<br>Email: grant.lingg@clydeco.com<br>CLYDE & CO US LLP<br>401 Union Street, Suite 1400<br>Seattle, Washinton 98101<br>Telephone: (206) 689-8500<br><br>*Attorneys for Asset Realty, LLC d/b/a Century 21 Northwest* | FLOYD PFLUEGER KEARNS NEDDERMAN & GRESS, PS<br><br>By: */s/ Francis S. Floyd*<br>Francis S. Floyd, WSBA No. 10664<br>Email: ffloyd@nwtrialattorneys.com<br>Adrienne E. Harris, WSBA No. 28784<br>Email: aharris@nwtrialattorneys.com<br>3101 Western Avenue, Suite 400<br>Seattle, WA 98121<br>Telephone: (206) 441-4455<br><br>*Attorneys for Chad Barron Storey* |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
THE DEADLINE TO ADD PARTIES - 3
CASE NO. 3:25-cv-05078-LK

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

---

THE HONORABLE LAUREN KING

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
THE DEADLINE TO ADD PARTIES - 4
CASE NO. 3:25-cv-05078-LK

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com