THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVID J. KOVANEN, and individual, and all those similarly situated,

          Plaintiff,

    v.

ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,

          Defendants.

NO. 3:25-cv-05078-LK

**NOTICE OF ADDRESS CHANGE**

**[CLERK'S ACTION REQUIRED]**

TO:    THE CLERK OF COURT; and

TO:    ALL COUNSEL OF RECORD

    PLEASE TAKE NOTE that effective March 18, 2026, Terrell Marshall Law Group PLLC, counsel for Plaintiff, will relocate to new offices at the following address:

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109

NOTICE OF ADDRESS CHANGE - 1
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 18th day of March, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Eden B. Nordby, WSBA #58654
    Email: enordby@terrellmarshall.com
    Elizabeth Schatz Cordero, WSBA #63175
    Email: eschatzcordero@terrellmarshall.com
    1700 Westlake Avenue North, Suite 300
    Seattle, Washington 98109
    Telephone: (206) 816-6603

    Andrew P. Green, WSBA #32742
    Email: andy@greenlegalcounsel.com
    GREEN LEGAL COUNSEL, PLLC
    1919 North Pearl Street, Suite B-3
    Tacoma, Washington 98406
    Telephone: (253) 625-7322

    Anthony I. Paronich, *Admitted Pro Hac Vice*
    Email: anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 485-0018

*Attorneys for Plaintiff*

NOTICE OF ADDRESS CHANGE - 2
Case No. 3:25-cv-05078-LK