THE HONORABLE LAUREN KING

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVID J. KOVANEN, an individual, and all those similarly situated,

Plaintiff,

v.

ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,

Defendants.

NO. 3:25-cv-05078-LK

**DECLARATION OF JODI NUSS IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT**

I, Jodi Nuss, declare as follows:

1.      I am a senior paralegal at Terrell Marshall Law Group PLLC, counsel of record for Plaintiff in this matter. I respectfully submit this declaration in support of Plaintiff's Renewed Motion for Preliminary Approval of Class Action Settlement. I am over 18 years of age. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.      I received two files containing text message records. The first of the two files is a PDF, named "DISC.2022.09.08.Spreadheet with information responsive to Interrogatory No.

DECLARATION OF JODI NUSS IN SUPPORT OF PLAINTIFF'S
RENEWED MOTION FOR PRELIMINARY APPROVAL OF
AMENDED CLASS ACTION SETTLEMENT - 1
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

5.pdf" ("Defendants' PDF file"), that I understand was produced by Defendants in this litigation in September 2022. I understand based on letters the Asset Defendants sent to Judge Paris K. Kallas (Ret.), the court-appointed discovery master in this case, that the text message records had been exported from the Asset Defendants' computer system known as Pipeline Platform. It is my understanding that the Asset Defendants produced the text message records in response to Plaintiff's Interrogatory No. 5, which sought information pertaining to incoming and outgoing text messages the Asset Defendants sent to telephone numbers with Washington area codes for the duration of the class period.

3. The second file I received is a XLSX file, named "Text Messages - V02-03A.xlsx" ("Text Message Data"), that I understand was created by converting Defendants' PDF File to an Excel readable format at Defendants' direction.

4. I reviewed the Defendants' PDF File and the corresponding Text Message Data and confirmed both files contain the same information.

5. The Text Message Data I received contained, among other fields for internal use by the Pipeline Platform system, the numbers that text messages were sent to (Number To), the date and time the text messages were sent (Date Sent), the direction of the text message (Direction) – either "incoming" or "outgoing", and the content of each text message (Message).

6. I loaded the Text Message Data into Alteryx, a data analytics tool, and used the "Date Sent" column to confirm that the text messages all had a "Date Sent" date that was during the Class Period, which is December 10, 2017 through June 17, 2022. They all did.

7. I confirmed that each number in the "Number To" column had a Washington area code (206, 253, 360, 425, 509, or 564). Each number did.

8. I understand the Asset Defendants contended that some of the text messages in the Text Message Data were not actionable and should be excluded from the case because they (a) were intended for real estate professionals rather than potential customers who may have wanted to use Defendants' services to buy or sell a house or (b) had been sent to communicate

DECLARATION OF JODI NUSS IN SUPPORT OF PLAINTIFF'S
RENEWED MOTION FOR PRELIMINARY APPROVAL OF
AMENDED CLASS ACTION SETTLEMENT - 2
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

with one of Defendants' pre-existing clients or (c) had been sent to a person where an incoming message showed the potential customer invited the communication.

9. I used the Alteryx tool and a series of "Regular Expressions" to identify the text messages that fell within the categories described in paragraph 8 above. Regular Expressions are frequently used in computer code to perform complex searches that can identify very specific patterns within text on an automated basis without need for manual review of each message.

10. I then created a list with the remaining text messages. I reviewed the list and identified multiple patterns suggesting that the purpose of the outgoing text message was very clearly intended to solicit potential buyers and sellers of various types of real estate. Examples of messages matching those patterns include:

    a. Hello my name is [SENDER NAME] I am a real estate professional with Century21, the largest Real Estate company in the world. Has a professional stepped forward and offered to help you receive top dollar, protect your liabilities and guide you in the sale process

    b. Are you interested in receiving/getting an offer on the house on [STREET ADDRESS]?

    c. Can we schedule a meeting to see the property on [STREET] ASAP??

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington and DATED this 27th day of March, 2026.

_____
Jodi Nuss

DECLARATION OF JODI NUSS IN SUPPORT OF PLAINTIFF'S
RENEWED MOTION FOR PRELIMINARY APPROVAL OF
AMENDED CLASS ACTION SETTLEMENT - 3
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com