THE HONORABLE LAUREN KING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DAVID J. KOVANEN, an individual, and all those similarly situated,

Plaintiff,

v.

ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,

Defendants.

NO. 3:25-cv-05078-LK

**STIPULATED MOTION AND [PROPOSED] ORDER TO VACATE CASE DEADLINES**

**NOTED FOR CONSIDERATION:**
MARCH 30, 2026

The parties, by and through their respective undersigned counsel, respectfully request that the Court vacate pending settlement approval the case deadlines and trial date set forth in the Court's Order Setting Jury Trial Date and Related Dates. In support of their request, the parties state:

1.      The parties engaged in a settlement conference with Judge Theresa Fricke on March 27, 2025, and finalized a settlement agreement on May 14, 2025.

2.      The parties filed a motion for preliminary approval of that settlement on May 16, 2025. Dkt. No. 32.

3.      On November 7, 2025, the Court denied Plaintiff's preliminary approval motion without prejudice and required parties to file within 90 days either another preliminary

STIPULATED MOTION AND [PROPOSED] ORDER TO VACATE
CASE DEADLINES - 1
Case No. 3:25-cv-05078-LK

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

approval motion fixing the issues the Court identified or a joint status report for the Court's use in setting a schedule to resolve the case. Dkt. No. 39 at 15.

4.      The parties worked diligently over the subsequent months to revise the settlement agreement to address the Court's concerns. However, the parties could not reach an agreement by the deadline.

5.      The parties filed a Joint Status Report with the Court on February 5, 2026, per the Court's November 7, 2025, Order, dkt. no. 39 at 15, which included a proposed case schedule. Dkt. No. 42.

6.      On February 6, 2026, the Court entered an order setting a jury trial date and related pre-trial deadlines. Dkt. No. 43.

7.      The parties continued to negotiate settlement terms and on March 27, 2026, fully executed an amended settlement agreement.

8.      On March 27, 2026, Plaintiff filed a renewed preliminary approval motion asking the Court to preliminarily approve the amended settlement agreement. Dkt. No. 50.

9.      Given the pending renewed motion for preliminary approval before the Court, the parties request that, to promote judicial efficiency and to save the Court's and the parties' time and resources, the Court vacate all existing deadlines in this case pending settlement approval.

10.      Good cause exists to vacate the trial date and pre-trial deadlines. Vacating the trial date and pre-trial deadlines promotes judicial efficiency and saves the Court and the parties time and resources. For example, Plaintiff's deadline to move for leave to amend the complaint is April 1, 2026, and the deadline for Defendants to respond to Plaintiff's motion for class certification is May 1, 2026. *See* Dkt. No. 43. Vacating those deadlines allows the parties to focus on the tasks necessary for settlement approval rather than on the discovery, research, and briefing required to prepare the case for trial.

STIPULATED MOTION AND [PROPOSED] ORDER TO VACATE
CASE DEADLINES - 2
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

For all these reasons, the parties respectfully request that the Court vacate the deadlines and trial date set forth in the Court's Order Setting Trial Date and Related Dates dated February 6, 2026, dkt. no. 43.

STIPULATED TO AND DATED this 30th day of March, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Eden B. Nordby, WSBA #58654
Email: enordby@terrellmarshall.com
Elizabeth Schatz Cordero, WSBA #63175
Email: eschatzcordero@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

Andrew P. Green, WSBA #32742
Email: andy@greenlegalcounsel.com
GREEN LEGAL COUNSEL, PLLC
1919 North Pearl Street, Suite B-3
Tacoma, Washington 98406
Telephone: (253) 625-7322

Anthony I. Paronich, Admitted Pro Hac Vice
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff*

CLYDE & CO US LLP

By: */s/ A. Grant Lingg*
A. Grant Lingg, WSBA #24227
Email: grant.lingg@clydeco.com

K&L GATES LLP

By: */s/ Joseph C. Wylie II*
Peter A. Talevich, WSBA #42644
Email: peter.talevich@klgates.com
Tyler K. Lichter, WSBA #51090
Email: tyler.lichter@klgates.com
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580

Joseph C. Wylie II, Admitted Pro Hac Vice
Email: joseph.wylie@klgates.com
Molly G. Baldock, Admitted Pro Hac Vice
Email: molly.baldock@klgates.com
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121

*Attorneys for Anywhere Real Estate Inc.;
Anywhere Real Estate Group, LLC; Anywhere
Real Estate Services Group LLC; Anywhere
Intermediate Holdings LLC*

FLOYD PFLUEGER KEARNS NEDDERMAN &
GRESS, PS

By: */s/ Francis S. Floyd*
Francis S. Floyd, WSBA #10664
Email: ffloyd@nwtrialattorneys.com

STIPULATED MOTION AND [PROPOSED] ORDER TO VACATE
CASE DEADLINES - 3
Case No. 3:25-cv-05078-LK

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

401 Union Street, Suite 1400
Seattle, Washinton 98101
Telephone: (206) 689-8500

3101 Western Avenue, Suite 400
Seattle, Washington 98121
Telephone: (206) 441-4455

*Attorneys for Asset Realty, LLC d/b/a Century 21 Northwest*

*Attorneys for Chad Barron Storey*

STIPULATED MOTION AND [PROPOSED] ORDER TO VACATE
CASE DEADLINES - 4
Case No. 3:25-cv-05078-LK

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

Having reviewed the Stipulated Motion and Proposed Order to Vacate Case Deadlines, the Court finds good cause to vacate case deadlines pending settlement approval.

IT IS SO ORDERED.


DATED this _____ day of _____, 2026.


_____
THE HONORABLE LAUREN KING


Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*_____
      Beth E. Terrell, WSBA #26759
      Email: bterrell@terrellmarshall.com
      Jennifer Rust Murray, WSBA #36983
      Email: jmurray@terrellmarshall.com
      Eden B. Nordby, WSBA #58654
      Email: enordby@terrellmarshall.com
      Elizabeth Schatz Cordero, WSBA #63175
      Email: eschatzcordero@terrellmarshall.com
      1700 Westlake Avenue North, Suite 300
      Seattle, Washington 98109
      Telephone: (206) 816-6603

      Andrew P. Green, WSBA #32742
      Email: andy@greenlegalcounsel.com
      GREEN LEGAL COUNSEL, PLLC
      1919 North Pearl Street, Suite B-3
      Tacoma, Washington 98406
      Telephone: (253) 625-7322

      Anthony I. Paronich, *Admitted Pro Hac Vice*
      Email: anthony@paronichlaw.com
      PARONICH LAW, P.C.
      350 Lincoln Street, Suite 2400
      Hingham, Massachusetts 02043

STIPULATED MOTION AND [PROPOSED] ORDER TO VACATE
CASE DEADLINES - 5
Case No. 3:25-cv-05078-LK

Telephone: (617) 485-0018

*Attorneys for Plaintiff*

K&L GATES LLP

By: */s/ Joseph C. Wylie II*
Peter A. Talevich, WSBA #42644
Email: peter.talevich@klgates.com
Tyler K. Lichter, WSBA #51090
Email: tyler.lichter@klgates.com
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580

Joseph C. Wylie II, Admitted Pro Hac Vice
Email: joseph.wylie@klgates.com
Molly G. Baldock, Admitted Pro Hac Vice
Email: molly.baldock@klgates.com
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121

*Attorneys for Anywhere Real Estate Inc.;*
*Anywhere Real Estate Group, LLC; Anywhere*
*Real Estate Services Group LLC; Anywhere*
*Intermediate Holdings LLC*

CLYDE & CO US LLP

By: */s/ A. Grant Lingg*
A. Grant Lingg, WSBA #24227
Email: grant.lingg@clydeco.com
401 Union Street, Suite 1400
Seattle, Washinton 98101
Telephone: (206) 689-8500

*Attorneys for Asset Realty, LLC d/b/a*
*Century 21 Northwest*

STIPULATED MOTION AND [PROPOSED] ORDER TO VACATE
CASE DEADLINES - 6
Case No. 3:25-cv-05078-LK

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

FLOYD PFLUEGER KEARNS NEDDERMAN & GRESS, PS

By: /s/ Francis S. Floyd
    Francis S. Floyd, WSBA #10664
    Email: ffloyd@nwtrialattorneys.com
    3101 Western Avenue, Suite 400
    Seattle, Washington 98121
    Telephone: (206) 441-4455

*Attorneys for Chad Barron Storey*

STIPULATED MOTION AND [PROPOSED] ORDER TO VACATE
CASE DEADLINES - 7
Case No. 3:25-cv-05078-LK

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com