THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVID J. KOVANEN, and individual, and all those similarly situated,

Plaintiff,

v.

ASSET REALTY, LLC d/b/a CENTURY 21 NORTHWEST, a Washington limited liability company; CHAD BARRON STOREY, individually; CENTURY 21 REAL ESTATE LLC; ANYWHERE REAL ESTATE INC.; ANYWHERE REAL ESTATE GROUP, LLC; ANYWHERE REAL ESTATE SERVICES GROUP LLC; ANYWHERE INTERMEDIATE HOLDINGS LLC,

Defendants.

NO. 3:25-cv-05078-LK

REPLY IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT

Plaintiff respectfully files this reply in support of Plaintiff's Renewed Motion for Preliminary Approval of Amended Class Action Settlement, filed March 27, 2026. Dkt. No. 50. No party opposed the renewed motion. *See* LCR 7(d)(3) (responses to be filed no later than 15 days after the filing date). The renewed motion is now ripe for consideration.

REPLY IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY
APPROVAL OF AMENDED CLASS ACTION SETTLEMENT - 1
Case No. 3:25-cv-05078-LK

RESPECTFULLY SUBMITTED AND DATED this 14th day of April, 2026.

TERRELL MARSHALL LAW GROUP PLLC

*I certify that this memorandum contains 56 words, in compliance with the Local Civil Rules.*

By: /s/ Jennifer Rust Murray, WSBA #36983
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Eden B. Nordby, WSBA #58654
    Email: enordby@terrellmarshall.com
    Elizabeth Schatz Cordero, WSBA #63175
    Email: eschatzcordero@terrellmarshall.com
    1700 Westlake Avenue North, Suite 300
    Seattle, Washington 98109
    Telephone: (206) 816-6603

    Andrew P. Green, WSBA #32742
    Email: andy@greenlegalcounsel.com
    GREEN LEGAL COUNSEL, PLLC
    1919 North Pearl Street, Suite B-3
    Tacoma, Washington 98406
    Telephone: (253) 625-7322

    Anthony I. Paronich, *Admitted Pro Hac Vice*
    Email: anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 485-0018

*Attorneys for Plaintiff*

REPLY IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY
APPROVAL OF AMENDED CLASS ACTION SETTLEMENT - 2
Case No. 3:25-cv-05078-LK